IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA CLARK, | ) | |
| | ) | 8:06CV313 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| J.C. PENNEY, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that, in the interest of judicial economy, and pursuant to Filing No. 10, this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

   DATED this 17th day of May, 2006.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              JOSEPH F. BATAILLON
                              United States District Judge