IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV313 |
| | ) | |
| v. | ) | |
| | ) | |
| J.C. PENNEY CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that this case did not settle at mediation.

IT THEREFORE HEREBY IS ORDERED,

This case is reinstated to the active trial docket, and

1. The pretrial conference will be held April 13, 2007 at 11:00 a.m. before the undersigned magistrate judge.

2. Jury trial is set for 9:00 a.m., April 24, 2007 for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Anonymous v. Vella</u>, 8:04cv269 and <u>Wilde v. City of Lincoln</u>, 4:05cv3293. Jury selection will be held at commencement of trial.

DATED this 9th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge