```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

GLORIA CLARK,                   )
                                )
            Plaintiff,        )        8:06CV313
                                )
   v.                           )
                                )
J.C. PENNEY, Corporation,       )        ORDER AMENDING
                                )        PROGRESSION DEADLINES
            Defendant.        )
                                )

IT IS ORDERED:

The defendant's unopposed motion to extend case progression deadlines, filing 38, is granted and,

1. Expert Witness Deadlines:

   a. Plaintiff's expert witnesses shall be disclosed on or before March 1, 2007;

   b. Defendant's expert witnesses shall be disclosed on or before May 1, 2007;

   c. Any rebuttal expert witnesses shall be disclosed on or before May 15, 2007; and

   d. Any motion challenging the admission of expert testimony at trial (see, <u>Kumho Tire Co., Ltd. v. Carmichael</u>, 119 S. Ct. 1167 (1999), <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993)), and seeking a determination under Fed. Rule Evid. 104(a) outside the presence of the jury shall be filed on or before May 22, 2007

2. The deposition deadline is extended to May 15, 2007.

3. The deadline for pretrial disclosure of non-expert witnesses, deposition testimony and discovery responses to be offered at trial, and trial exhibits is extended to June 1, 2007.

4. Motions to compel and motions for summary judgment shall be filed on or before June 1, 2007.

5. The pretrial conference will be held July 2, 2007 at 11:00 a.m. before the undersigned magistrate judge.

6. Jury trial is set for 9:00 a.m. on July 30, 2007. Jury selection will be held at commencement of trial.

DATED this 9th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge