```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GLORIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV313 |
| | ) | |
| v. | ) | |
| | ) | |
| J.C. PENNEY, Corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' consent, this case is pending before me for final disposition.[1]

IT THEREFORE HEREBY IS ORDERED: Jury trial is set to commence before the undersigned magistrate judge at 9:00 a.m. on July 30, 2007 for a duration of three days in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

---

[1] See filing 40, "Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference," and 28 U.S.C. § 636(c).