```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GLORIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV313 |
| | ) | |
| V. | ) | |
| | ) | |
| J.C. PENNEY, Corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED:

(1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the undersigned (by electronic mail) a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's July 30, 2007 trial docket, and the July 2, 2007 pretrial conference is cancelled upon representation by the parties that the case has settled.

DATED this 23rd day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge