IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV313 |
| | ) | |
| v. | ) | |
| | ) | |
| J.C. PENNEY CORPORATION, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Pursuant to the stipulation of the parties, filing 52, this matter is dismissed with prejudice, each party to pay their own costs.

DATED this 9th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge